UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1345 JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANN M. JOHNSON,<br><br>Defendant,<br><br>NORTH CAROLINA STATE EMPLOYEE'S CREDIT UNION,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court.

Defendant has now paid the judgment in full. Accordingly,

IT IS HEREBY ORDERED that the Writ of Garnishment is released.

Dated: January 7, 2005

*s/ Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge