UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1345 JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | **GARNISHMENT ORDER** |
| ANN M. JOHNSON, Defendant, | ) | |
| CMS, Garnishee. | ) | |

A Writ of Garnishment was duly issued by this Court.

Defendant has now paid the judgment in full. Accordingly,

IT IS HEREBY ORDERED that the Writ of Garnishment is released.

Dated: January 7, 2005

*s/ Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge
United States District Court